UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANCES REMY, : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No.: 1:24-cv-02662-MLB |
| : | |
| PROFFESSIONAL PARKING : | |
| MANAGEMENT CORPORATION, : | |
|     Defendant, : | |
| _____: | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff FRANCES REMY hereby voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

**SKAAR & FEAGLE, LLP**

by:   /s/ Justin T. Holcombe
        Justin T. Holcombe
        Georgia Bar No. 552100
        jholcombe@skaarandfeagle.com
        133 Mirramont Lake Drive
        Woodstock, GA  30189
        770 / 427-5600
        404 / 601-1855 fax